# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Jhoanni Pineda Mesa,

Plaintiff(s),

v.

Sam Olson, Field Office Director Chicago Field Office, Immigration and Customs Enforcement, Kristi Noem, Secretary, U.S. Department of Homeland Security,

Defendant(s).

Case No. 25-cv-13309
Judge Georgia N. Alexakis

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Petition for writ of habeas corpus granted and judgment entered in favor of Petitioner Jhoanni Pineda Mesa and against Respondent Sam Olson. Respondent Kristi Noem, Secretary, U.S. Department of Homeland Security is dismissed from this action.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Georgia N. Alexakis on a motion/petition for writ of habeas corpus on 11/6/25.

Date:  11/7/2025                          Thomas G. Bruton, Clerk of Court

                                          Carmen Acevedo , Deputy Clerk