ILND 450 (Rev. 04/29/2016) Judgment in a Civil Action

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Jhoanni Pineda Mesa

Petitioner

v.

Sam Olson et al.

Respondent(s).

Case No. 25-cv-13309
Judge Georgia N. Alexakis

## CORRECTED JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

[✔] in favor of petitioner Jhoanni Pineda Mesa
and against respondent(s) Sam Olson
in the amount of $

which [ ] includes $     pre–judgment interest.
[x] does not include pre–judgment interest.

[ ] in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

[✔] other: The Court grants petitioner's Petition for a Writ of Habeas Corpus on the grounds that he is being held without the possibility of release on bond in violation of the Immigration and Nationality Act, 8 U.S.C. § 1226(a). The Court orders Respondent by 11/12/2025 to either (1) provide Petitioner with a bond hearing before an Immigration Judge; or (2) release Petitioner from custody. The Court dismisses Respondent Kristi Noem, Secretary, United States Department of Homeland Security, from the action.

This action was (check one):

[ ] tried by a jury with Judge                          presiding, and the jury has rendered a verdict.
[ ] tried by Judge                          without a jury and the above decision was reached.
[✔] decided by Judge  Alexakis on 11/7/2025

Date: 2/10/2026                          Thomas G. Bruton, Clerk of Court

                                         Steven Hotze, Deputy Clerk